**Exhibit A to the Complaint**

**Location:** Sacramento, CA  **IP Address:** 76.158.89.124
**Total Works Infringed:** 30  **ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | C89B95557B1E91DC244222E8F140B83810453C50 | 07/16/2025 11:51:23 | Blacked Raw | 07/15/2025 | 07/22/2025 | PA0002541676 |
| 2 | E17E2C5F8A0E8D45DF1518E7B763370B35307865 | 07/16/2025 11:41:41 | Blacked | 12/09/2024 | 12/13/2024 | PA0002506321 |
| 3 | 97F7DF954FFC8B406E5D0C5902C0D9372944151C | 07/16/2025 11:36:54 | Blacked | 11/29/2024 | 12/13/2024 | PA0002506313 |
| 4 | 38440DDB1E129CA92627BE618E27A6CC5F8B26B0 | 07/11/2025 05:59:43 | Blacked Raw | 05/16/2025 | 05/21/2025 | PA0002531832 |
| 5 | c43989d640c69f94c5dc1112f18217a0c978cd96 | 07/11/2025 01:59:38 | Slayed | 05/13/2025 | 05/23/2025 | PA0002537593 |
| 6 | 0b57832eea4af7cbf5619d2e5e37fec190542938 | 07/11/2025 00:53:10 | Slayed | 07/09/2024 | 09/05/2024 | PA0002491133 |
| 7 | 9551bdaa0edb09f348c3b11f610b236a3d196646 | 07/10/2025 23:22:53 | Slayed | 09/27/2022 | 11/27/2022 | PA0002388300 |
| 8 | 2e7271e0a2dadcae0200675670b412928cd02e8e | 07/10/2025 23:17:50 | Slayed | 12/26/2023 | 01/16/2024 | PA0002453475 |
| 9 | F4CE9BB55272AC1062795C565303B37D2294B928 | 06/17/2025 21:52:01 | Blacked | 06/17/2025 | 06/20/2025 | PA0002536513 |
| 10 | 2bc443cdbe1837296236317ce5670298b16edde1 | 01/11/2025 06:47:58 | Slayed | 04/19/2022 | 06/09/2022 | PA0002361531 |
| 11 | 0d0f66873816b0c5d28cf562ebb127c724e94875 | 10/17/2024 07:30:33 | Blacked | 06/06/2020 | 06/22/2020 | PA0002245636 |
| 12 | eb9228dbe035e687406618acc173e30081a1489f | 07/05/2024 23:29:06 | Blacked | 08/12/2023 | 10/18/2023 | PA0002435264 |
| 13 | 6fff719586abbb2678984ba9cfc7a21f13a9a79e | 07/05/2024 22:45:21 | TushyRaw | 12/27/2023 | 01/16/2024 | PA0002449500 |
| 14 | 9a3a28ab8e3d0f1765169011d15050c3047e7430 | 06/04/2024 08:44:19 | Slayed | 01/09/2024 | 03/15/2024 | PA0002461470 |
| 15 | eadad0185694ec21ab7cafe036dde6e41fec48fd | 05/31/2024 09:26:19 | Tushy | 03/24/2024 | 04/12/2024 | PA0002465214 |
| 16 | baf548370d6f3819a74564d222a464d945f2aebb | 05/31/2024 08:03:52 | TushyRaw | 04/30/2024 | 05/09/2024 | PA0002470227 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 6320e11448bf70a223d6c14370e78398530c1490 | 04/22/2024 11:31:44 | Tushy | 08/02/2020 | 08/31/2020 | PA0002265633 |
| 18 | 5B20C6B160C15D5781977B4ABB81AD3570CCD689 | 04/21/2024 04:06:40 | Blacked Raw | 04/15/2024 | 05/08/2024 | PA0002469676 |
| 19 | 0998597ed9a23db6f54a42c08bdfcf1b1dcc7c55 | 04/14/2024 20:34:10 | Vixen | 09/18/2020 | 09/29/2020 | PA0002258680 |
| 20 | 92f92944ba640a91d1c6ef3f3c7498b154331d8a | 03/23/2024 22:00:09 | Vixen | 11/27/2020 | 11/30/2020 | PA0002266359 |
| 21 | 9c62b6db4dfc2861ce545b13412986cf3b372d65 | 03/07/2024 05:18:24 | Tushy | 01/03/2021 | 02/02/2021 | PA0002280504 |
| 22 | dc57a39e8b95a3e491c82093c15b7d88cd1a84d0 | 03/04/2024 13:20:53 | Tushy | 05/29/2022 | 07/21/2022 | PA0002368036 |
| 23 | 145a640ed1879539006cd76b19ce39883736083e | 03/02/2024 21:15:05 | TushyRaw | 01/30/2024 | 02/13/2024 | PA0002454780 |
| 24 | 70b4c7f27f497153b23c81181e97810447920855 | 03/01/2024 23:49:47 | Vixen | 11/20/2020 | 11/30/2020 | PA0002266357 |
| 25 | d0854c51628c35c3a0be12d62cedf6c96d321e03 | 02/21/2024 14:52:37 | TushyRaw | 08/23/2023 | 09/18/2023 | PA0002431079 |
| 26 | 0e366ce597333c084e2d5df5d9d3045da13384a3 | 02/19/2024 14:22:43 | Vixen | 01/01/2021 | 02/02/2021 | PA0002281154 |
| 27 | 5e01b38638363424e4d7683f3a4217b5bdfec582 | 01/03/2024 05:59:33 | Blacked Raw | 01/01/2024 | 01/16/2024 | PA0002449432 |
| 28 | c4c0f2b037558f7765dc304c22dd2ae8eada6896 | 12/12/2023 09:39:05 | Tushy | 09/20/2020 | 09/29/2020 | PA0002258683 |
| 29 | ab08fb682c3063e270ab8980ce564fb77e4f0f48 | 04/08/2023 10:04:05 | Blacked Raw | 05/03/2021 | 06/15/2021 | PA0002296918 |
| 30 | 42f4fc72bfe526d9442abcd62f01232b062faf12 | 02/14/2023 12:47:16 | Blacked | 12/12/2020 | 01/04/2021 | PA0002277035 |