# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 76.158.89.124,<br><br>            Defendant. | Case No.: 2:25-cv-02142-JAM-CKD<br><br>**[~~PROPOSED~~] ORDER ON PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |

THIS CAUSE came before the Court upon Plaintiff's application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have up to and including December 28, 2025 to effectuate service of a summons and Complaint on Defendant.

**DONE AND ORDERED**.

Dated:  October 29, 2025

_Carolyn K. Delaney_
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, stri2142.25

1

[~~Proposed~~] Order on Plaintiff's Application for Extension of Time Within
Which to Effectuate Service on John Doe Defendant
Case No. 2:25-cv-02142-JAM-CKD